# Court of Appeals, State of Michigan

## ORDER

People of MI v Madison Danielle Perry

Docket No.    355330

LC No.        2020-00345-AR

Mark T. Boonstra
Presiding Judge

Jane E. Markey

Deborah A. Servitto
Judges

The August 12, 2021 majority opinion is hereby AMENDED to correct a clerical error: On the first page author line, the "PER CURIAM" designation is corrected to read "SERVITTO, J."

In all other respects, the August 12, 2021 majority opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

August 27, 2021
Date

Chief Clerk